## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| Larry & Kimberly Bozeman | ) | CASE NO. 07-31074 |
| | ) | |
| | ) | |
| Debtor | ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1.      The Debtor's employer was issued a wage order. The Debtor was out of work for a period of time but is now back at work for the same company but a new owner. The employer has been deducting the payments but not sending it in as required.

2.      The Debtor's employer will send in the money deducted from his paycheck and the debtor wishes to remain in chapter 13.

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 25 day of September, 2009.


/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM
Attorney for the Debtor


Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 25 day of September, 2009.

Hon. Curtis C. Reding, Trustee
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101


/s/ Richard D. Shinbaum
Richard D. Shinbaum